# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THOMAS FLAGG, | : | No. 43 MAP 2020 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 641 |
| v. | : | MD 2011 dated June 25, 2020. |
| | : | |
| | : | |
| INTERNATIONAL UNION, SECURITY, | : | |
| POLICE, FIRE PROFESSIONALS OF | : | |
| AMERICA, LOCAL 506; INTERNATIONAL | : | |
| UNION, SECURITY, POLICE, FIRE | : | |
| PROFESSIONALS OF AMERICA; | : | |
| PENNSYLVANIA STATE SYSTEM OF | : | |
| HIGHER EDUCATION; CHEYNEY | : | |
| UNIVERSITY OF PENNSYLVANIA, AND | : | |
| FRANK KELLY, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  March 25, 2021**

   **AND NOW,** this 25th day of March, 2021, the order of the Commonwealth Court is

AFFIRMED.